

**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

RE: Case No. 01-15-00344-CV

Style: Roland Jackson and Kim Jackson
v. Donald Jefferson

U.S. POSTAGE >> PITNEY BOWES

August 31, 2015

ZIP 77002 $ 000.35⁰
02 1W
0001372104 AUG 31. 2015.

The appellant's brief has been received and filed August 31, 2015 in the above referenced cause. The appellee's brief is due on or before **September 30, 2015.**

Oral argument has been waived.

T. C. Case # 1058307     Christopher A. Prine, Clerk of the Court

Kim Jackson
3630 Cypressdale
Spring, TX 77388     ᴴTF

NIXIE    773   DE 1009    0009/04/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206699    *0933-08972-31-46



**COURT OF APPEAL, FIRST DISTRICT**
**301 Fannin Street**
**Houston, Texas 77002-2066**



RE: Case No. 01-15-00344-CV

Style: Roland Jackson and Kim Jackson
v. Donald Jefferson

On August 31, 2015 the Court **GRANTED** the Appellant's motion to extend time to file brief in the referenced cause to **August 31, 2015.**

T. C. Case # 1058307                    Christopher A. Prine, Clerk of the Court

Kim Jackson
3630 Cypressdale
Spring, TX 77388

NIXIE        773    DE 1009        0009/04/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206699        *0933-08971-31-46



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

RE:   Case No. 01-15-00344-CV

Style:   Roland  Jackson and Kim Jackson
v. Donald  Jefferson

U.S. POSTAGE ≫ PITNEY BOWES

August 31, 2015

ZIP 77002  **$ 000.35⁰**
02 1W
0001372104 AUG. 31. 2015

The appellant's brief has been received and filed August 31, 2015 in the above referenced cause. The appellee's brief is due on or before **September 30, 2015.**

Oral argument has been waived.

T. C. Case # 1058307                    Christopher A. Prine, Clerk of the Court

---

Roland  Jackson
3630 Cypressdale
Spring, TX  77388                                           U TF

NIXIE      773   DE 1009      0009/04/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206699      *0933-08969-31-46



**COURT OF APPEAL, FIRST DISTRICT**
**301 Fannin Street**
**Houston, Texas 77002-2066**



U.S. POSTAGE >> PITNEY BOWES

August 31, 2015

ZIP 77002 $ 000.35⁰
02 1W
0001372104 AUG 31 2015

RE: Case No. 01-15-00344-CV

Style: Roland Jackson and Kim Jackson
v. Donald Jefferson

On August 31, 2015 the Court **GRANTED** the Appellant's motion to extend time to file brief in the referenced cause to **August 31, 2015**.

T. C. Case # 1058307                 Christopher A. Prine, Clerk of the Court

Roland Jackson
3630 Cypressdale
Spring, TX 77388

UTF

NIXIE      773    CE 1009      7209/04/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206699      *0933-08968-31-46